# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-cr-0511-DEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR CONTINUANCE** |
| JOSHUA ARMENTA, | |
| Defendant | |

**IT IS HEREBY ORDERED** that, good cause having been shown, the date for sentencing in the above-referenced case, currently set for February 2, 2022, at 2:30 p.m., is continued until March 16, 2023, at 3:00 p.m. Defendant is ordered to file an acknowledgement of the new date no later than February 2, 2023.

DATED: January 31, 2023

_____
HONORABLE DANIEL E. BUTCHER
U.S. Magistrate Judge