UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSHUA ARMENTA,<br><br>        Defendant | Case No. 22-cr-0511-DEB<br><br>**ORDER FOR CONTINUANCE** |

**IT IS HEREBY ORDERED** that, good cause having been shown, the date for sentencing in the above-referenced case, currently set for March 16, 2023, is continued until April 20, 2023, at 3:00pm. Defendant is ordered to file an acknowledgement of the new date no later than March 16, 2023.

DATED: March 14, 2023

_____
HONORABLE DANIEL E. BUTCHER
U.S. Magistrate Judge